Brett L. Gibbs, Esq. (SBN 251000)
Of Counsel to Prenda Law, Inc.
38 Miller Avenue, #263
Mill Valley, CA 94941
415-325-5900
blgibbs@wefightpiracy.com

*Attorney for Plaintiff*

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| AF HOLDINGS LLC, | **Case No. 12-056667** |
| Plaintiff/Appellant, | D.C. # 2:12-CV-05720-PSG-RZ |
| v. | (C.D. Cal. Los Angeles) |
| JOHN DOE, | |
| Defendant/Appellee. | |

**<u>REPRESENTATION STATEMENT</u>**

The undersigned represents AF Holdings LLC, Plaintiff and Appellant, in this matter, and no other party. Plaintiff counsel's name, firm (that he has an Of Counsel relationship with), address, telephone, and email address are referenced above. There is no other known party to this case at this time.

Respectfully submitted,

PRENDA LAW, INC.

**DATED: October 11, 2012**

By:  /s/ Brett L. Gibbs, Esq.
Brett L. Gibbs, Esq. (SBN 251000)
Of Counsel to Prenda Law, Inc.
38 Miller Avenue, #263
Mill Valley, CA 94941
blgibbs@wefightpiracy.com

*Attorney for Plaintiff*